**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RAGHDA E. FAKHOURY,

    Plaintiff,

v.                                                        Case No. 10-14190

AMERICAN GENERAL LIFE INSURANCE
COMPANY,

    Defendant.
                                                     /

**ORDER ACKNOWLEDGING RECEIPT OF**
**DEFENDANT'S "STATEMENT OF JURISDICTION"**

On December 21, 2010, the court issued an order requiring Defendant to file a "Statement of Jurisdiction," clarifying the existence of subject matter jurisdiction in this case. Defendant timely responded. Having carefully considered Defendant's submission, the court is satisfied that diversity of citizenship existed both at the time of removal and after the correct Defendant was substituted for the original Defendant. Accordingly,

IT IS ORDERED that receipt of Defendant's "Statement of Jurisdiction" is hereby ACKNOWLEDGED. The court finds that subject matter jurisdiction over this matter is proper pursuant to 28 U.S.C. § 1332.

                                                     S/Robert H. Cleland
                                                     ROBERT H. CLELAND
                                                     UNITED STATES DISTRICT JUDGE

Dated: December 27, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 27, 2010, by electronic and/or ordinary mail.

                                              S/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\10-14190.FAKHOURY.Diversity.LLC.Citizenship.Vacate.chd.wpd