UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAGHDA E. FAKHOURY,

    Plaintiff,

v.                                            Case No. 10-14190

AMERICAN GENERAL LIFE INSURANCE
COMPANY,

    Defendant.
                                            /

**JUDGMENT**

In accordance with the court's February 27, 2012 "Order Granting Summary Judgment to Defendant and Denying Summary Judgment to Plaintiff,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant American General Life Insurance Company and against Plaintiff Raghda Fakhoury.  Dated at Detroit, Michigan, this 27th day of February, 2012.

                                                                    DAVID J. WEAVER
                                                                    CLERK OF THE COURT

                                                    BY: S/Lisa Wagner
                                                       Lisa Wagner, Deputy Clerk
                                                       and Case Manager to
                                                       Judge Robert H. Cleland